FORM 8. Entry of Appearance

Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Large Audience Display System  v.  Tennman Productions, LLC

No. 15-2040

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:  Justin Timberlake
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name:              Andrew S. Langsam
Law Firm:          Pryor Cashman LLP
Address:           7 Times Square
City, State and Zip: New York, New York  10036
Telephone:         (212) 421-4100
Fax #:             (212) 515-6969
E-mail address:    alangsam@pryorcashman.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
  ☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  9/25/2015       Signature of pro se or counsel  /s/ Andrew Langsam

cc:

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE: Entry of Appearance

I certify that I served a copy on counsel of record on  September 28, 2015
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Andrew S. Langsam | /s/ Andrew S. Langsam |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Pryor Cashman LLP |
| Address | 7 Times Square |
| City, State, Zip | New York, New York  10036 |
| Telephone Number | (212) 421-4100 |
| Fax Number | (212) 515-6969 |
| E-Mail Address | alangsam@pryorcashman.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields