# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Large Audience Display Systems   v.   Tennman Productions, LLC et al.

No. 15-2040

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Large Audience Display Systems LLC
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name: Michael G. Burk
Law Firm: The Burk Law Firm, P.C.
Address: 248 Addie Roy Road, Suite A203
City, State and Zip: Austin, TX 78746
Telephone: (512) 306-9828
Fax #: (512) 306-9825
E-mail address: burk@burklaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 9/29/2015    Signature of pro se or counsel /s/ Michael G. Burk

cc: _____

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   9/29/2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Michael G. Burk | /s/ Michael G. Burk |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | The Burk Law Firm, P.C. |
| Address | 248 Addie Roy Road, Suite A203 |
| City, State, Zip | Austin, Texas 78746 |
| Telephone Number | (512) 306-9828 |
| Fax Number | (512) 306-9825 |
| E-Mail Address | burk@burklaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields