## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Large Audience Display Systems    **v.**    Tennman Productions, LLC et al.

Case No.    15-2040

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellant                          certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Large Audience Display Systems LLC.

2.      The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

The entity named immediately above is the real party in interest.

3.      All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

No parent company or publicly-held company owns 10 percent or more of the stock or ownership interest in Appellant Large Audience Display Systems LLC.

4.  ☒   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

The Burk Law Firm, P.C.: Michael G. Burk, Colten W. Smith; Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.: Eric B. Meyertons, Ryan T. Beard; Grobaty & Pitet, LLP: Christopher L. Pitet, Michael J. Grobaty, Jaqueline Alexis Turner; Johnson & Pham LLP: Christopher Q. Pham, Marcus F. Chaney

9/29/2015                                         /s/ Michael G. Burk

Date                                              Signature of counsel


Please Note: All questions must be answered

Michael G. Burk

cc:                                               Printed name of counsel

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  9/29/2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Michael G. Burk | /s/ Michael G. Burk |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| **Law Firm** | The Burk Law Firm, P.C. |
| **Address** | 248 Addie Roy Road, Suite A203 |
| **City, State, Zip** | Austin, Texas 78746 |
| **Telephone Number** | (512) 306-9828 |
| **Fax Number** | (512) 306-9825 |
| **E-Mail Address** | burk@burklaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields