# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Large Audience Display Systems    v.    Tennman Productions, LLC et al.

No. 15-2040

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se        ☒ As counsel for:  Large Audience Display Systems LLC
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name: Eric B. Meyertons
Law Firm: Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.
Address: 1120 S. Capital of TX Hwy., Bldg. 2, Ste. 200
City, State and Zip: Austin, Texas 78746
Telephone: 512-853-8800
Fax #: 512-853-8801
E-mail address: emeyertons@intprop.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/11

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  September 30, 2015    Signature of pro se or counsel  /s/Eric B. Meyertons

cc:  Attorneys of Record

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  September 30, 2015
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Eric B. Meyertons | /s/Eric B. Meyertons |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C. |
| Address | 1120 S. Capital of TX Hwy., Bldg 2, Ste. 300 |
| City, State, Zip | Austin, Texas 78746 |
| Telephone Number | 512-853-8800 |
| Fax Number | 512-853-8801 |
| E-Mail Address | emeyertons@intprop.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields