NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARGE AUDIENCE DISPLAY SYSTEMS, LLC,**
*Plaintiff-Appellant*

v.

**TENNMAN PRODUCTIONS, LLC, JUSTIN TIMBERLAKE, BRITNEY SPEARS, STEVE DIXON, MUSIC TOUR MANAGEMENT, INC., SPEARS KING POLE INC,**
*Defendants-Appellees*

---

2015-2040

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-03398-R-RZ, Judge Manuel L. Real.

---

**ON MOTION**

---

**O R D E R**

The parties move jointly to extend the time to file the appellant's opening brief by 29 days, to December 15, 2015, and to extend the time to file the appellees' responsive brief by 12 days, to February 5, 2016,

Upon consideration thereof,

2   LARGE AUDIENCE DISPLAY SYSTEM v. TENNMAN PRODUCTIONS, LLC

IT IS ORDERED THAT:

The motion is granted.

                                                                 FOR THE COURT

                                            /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court

s31